U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 0 1 2015

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LIBERTY MUTUAL INSURANCE COMPANY a/s/o
KIMBERLY A. HENRY,

                Plaintiff,                1:15-cv-00237-TJM-CFH

                -against-

UNITED STATES POSTAL SERVICE

                Defendant.
-----------------------------------------------------------------X

### Stipulation of Dismissal

IT IS HEREBY STIPULATED AND AGREED, by and between Liberty Mutual Insurance Company a/s/o Kimberly A. Henry, and the United States Postal Service ("Defendant"), by their respective undersigned attorneys, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the summons and Complaint that has been filed shall be withdrawn without prejudice and the plaintiff shall submit the proper Administrative Claim form SF-95 to the United States Postal Service.

Dated: Farmingdale, New York      CARMAN, CALLAHAN & INGHAM, LLP.
       May 18, 2015                       Attorneys for Plaintiff
                                            266 Main Street
                                            Farmingdale, New York 11735

                                            By: _____
                                                Jami C. Amarasinghe, Esq.

*Stipulation of Dismissal*
*Liberty Mutual Insurance Company a/s/o Kimberly A. Henry v. United States Postal Service*
*1:15-cv-00237-TJM-CFH*

Dated: Albany, New York
       May 19, 2015

United States Attorney
Northern District of New York
445 Broadway, Room 218
Albany, 12207

By: *Cathleen B. Clark*
Cathleen Clark, Assistant U.S. Attorney

SO ORDERED  June 1, 2015

*[signature]*
**Honorable Christian F. Hummel**
United States ~~District~~ Judge
    Magistrate